RECEIVED
OCT 3 2022
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

Morgan Doud - Case #: 1:22-cv-00012-SPW

Motion to Default Judgment

    Robert Archuleta stole $16,800 from and I want my money back. I've been told from multiple sources that this type of case teters in between a civil and criminal case, but I believe this is ultimately a criminal case. Robert Archuleta sold me a vehicle with undisclosed problems and gave me the impression that all previous problems were corrected and the vehicle has undergone a certified inspection. Before making the purchase or signing any contract, Robert agreed to refund me if any substantial or significant issues were found during the inspection process or after the purchase. After Robert agreed to having the vehicle undergo a certified inspection process and agreeing to refund me upon finding any major issues, I paid about half of the money via wire transfer and I took out a loan to pay the other half via check at the point of purchase. Robert left me to believe that he had the vehicle undergo the inspection. I believe he did not have the vehicle undergo the certified inspection. I asked for proof once the agreement was broken and he ignored me.

    Two days into having the vehicle after the purchase, a large part under the vehicle ripped off when braking at a stoplight and I went spinning into an intersection; almost crashing head first into a semi-truck. I took the vehicle to a shop that specializes in Range Rover vehicles, which is the type of vehicle I purchased. The owners described the cover up job that was performed and the costs it would be to repair the vehicle. After explaining my situation, the owners suggested I take the vehicle back and get the refund that Robert agreed to prior to the purchase. I spoke and messaged back and forth with Robert and he told me that he would refund me if I returned the vehicle, so I returned the vehicle back to his business address via tow truck. All of our conversations have been recorded via text messaging, which to my understanding is considered legally binding. I believe this meets the necessary conditions required to be considered a separate bilateral contract, voiding the certain portions that indicated the sale was final, and could not be returned from the initial contract signed at the point of purchase. He broke the new bilateral contract we agreed to via text message, which to my understanding is considered a written form of evidence and is legally enforceable. Robert claimed his bank account was over drafted by thousands of dollars; so when my payment was processed to his account it automatically withdrew what he owed, which is why he couldn't pay me back. Robert then proceeded to explain he would be filing bankruptcy for "Everyday Auto LLC", and told me to sue him. This was after the fact that he told me he would refund me once I returned the vehicle. I also question whether my payments were deposited into a separate bank account affiliated with his business, "Everyday Auto LLC" or into his personal account. The wire transfer only showed his personal name, not the name of the business.

At this point, I'd realized the reality of the situation and he was not going to repay me, so I decided that I would take the vehicle back, even with it being damaged because something is better than nothing. Robert then replied that the vehicle was "already gone". This led me to believe that he either turned around and sold it again, still had the vehicle or did something illegal to get rid of it. I paid to do a search on the VIN number to see if the car was registered to someone new. According to the report, it had not been. The incident where I almost went face first into the semi occurred only two days after the purchase, so Robert did not send in any title or purchase information to the Montana Department of Motor Vehicles; so the vehicle was never officially registered to me.

In addition, Robert Archuleta did not stop selling vehicles after stealing my money; which was how I was able to set up the operation to serve him the summons and complaint, which I have proof of. I also have proof of the vehicles that he was attempting to sell after he abandoned our agreement to refund me via his Facebook account on the Facebook Marketplace; so this proved to me again that he had the opportunity to make it right and pay me back if he had assets to sell. He waited a few months before posting vehicles to sell again, probably to ensure he would not get caught as I was closely monitoring the Facebook marketplace and his accounts.

Robert Archuleta stole $16,800 from me and refuses to contact me back. Robert blocked my number and ran with my money. I'm curious about his LLC bonding. To my understanding, a Motor Vehicle Bond is required as part of the licensing requirements to buy, sell or trade new or used motor vehicles for all Montana motor vehicle dealers. If this is correct, the LLC should have been bonded in the amount of $50,000. If the LLC was not bonded, it is illegal and Robert Archuleta should personally be liable for such financial consequences and criminally charged. If I'm not mistaken and the LLC was in fact bonded, I should be paid back the $16,800 from that bond.

If this case needs to go to a court trial hearing, I have evidence of everything I've described in this letter if needed as proof. I just don't see how Robert Archuleta can get away with ultimately stealing $16,800 and face no consequence or punishment. I attempted to get assistance from the Better Business Bureau, The Federal Trade Commission, The Montana Department of Justice - Consumer Protection Division, Montana Motor Vehicle Department, Billings Police Department, and nobody could help me. I've spoken with so many different professionals now, and it's clear that crimes like this consistently slip through the cracks. Robert Archuleta stole $16,800 from me, he knows it, and refuses to make it right. I request that the court reward me with my initial demand of $16,800 by payment out of the bond that "Everyday Auto LLC", was legally supposed to have; or hold Robert Archleta personally liable for the $16,800 he stole from me.

- *Morgan Dowd*